UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALAZAR SHEMONDI MELES, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 8:25-cv-4302-PX |
| KRISTI NOEM *et al.*, | * | |
| Respondents. | | |
| | *** | |

**ORDER**

Pursuant to 28 U.S.C. § 2241, the Petition for Habeas Corpus at ECF No. 1 shall be, and hereby is, **GRANTED**. The Court adopts the reasoning of *Maldonado de Leon v. Baker, et al.*, Civ. No. TDC-25-3084, ECF No. 46 (D. Md. Oct. 21, 2025), and the "vast majority of federal courts that have recently considered this issue," *id*. at 16, that contrary to *Matter of Yajure-Hurtado*, 29 I&N Dec. 216 (BIA 2025), Petitioner is subject to the discretionary detention provision of 8 U.S.C. § 1226(a), rather than the mandatory detention provision of § 1225(b).

Petitioner is also a member of the nationwide class defined in *Maldonado Bautista v. Noem* as "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination." *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Thus, the *Bautista* Court's declaratory relief applies to Petitioner. The Court likewise adopts the reasoning of *Bautista* particular to this Petition.

Based on the above, the Court ORDERS that:

1. **Within 14 days** of the date of this Order, upon Petitioner's request, Petitioner **SHALL** receive a bond hearing conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1, 1003.19, and 1236.1 and any attendant process available pursuant to these provisions;

2. Respondents are further **ORDERED** to file a status report **within 24 hours** after Petitioner receives his bond review hearing consistent with this Order; and

3. The Court shall **RETAIN** jurisdiction over this matter to enforce compliance with this Order.

Date:  January 15, 2026                         _____/s/_____
                                                PAULA XINIS
                                                United States District Judge